NO. 07-06-0384-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

DECEMBER 13, 2006
_____

MARY SPIKES F/K/A MARY SPIKES EDWARDS,

Appellant

V.

CALIBER PROPERTIES, INC.,

Appellee
_____

FROM THE COUNTY COURT AT LAW NO. 1 OF JEFFERSON COUNTY;

NO. 105249; HONORABLE ALFRED S. GERSON, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, by and through her attorney, has filed an unopposed motion to dismiss because she no longer desires to pursue this appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice